**ORDERED.**

# TIFFANY & BOSCO
P.A.

**Dated: November 06, 2009**

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-17020/0069338366

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Jerry L. Sigourney and Tasha M. Sigourney<br>                    Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>                    Movant,<br>          vs.<br><br>Jerry L. Sigourney and Tasha M. Sigourney,<br>Debtors, Dianne C. Kerns, Trustee.<br><br>                    Respondents. | No. 4:08-bk-09636-EWH<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #79) |

        Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

        IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is further described as:

Lot 4, of COBBLESTONE FARMS-PARCEL III, according to the plat of record in the office of the County Recorder of Pinal County, Arizona, recorded in Cabinet D, Slide 156.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____day of _____, 2009.


_____
JUDGE OF THE U.S. BANKRUPTCY COURT